**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE No.** 0:21-cv-62053-KMM

DAISY AYUKETAH,

     Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC.,
and TRANS UNION, LLC,

     Defendants.

_____/

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Daisy Ayuketah and Defendant Experian Information Solutions, Inc., by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal with Prejudice of the above styled action. Plaintiff and Defendant shall each bear their own attorneys' fees and costs. All parties have reviewed this stipulation.

DATED: February 7, 2022

| | |
|---|---|
| /s/ Jibrael S. Hindi | /s/ Graziella Michelle Pastor |
| **JIBRAEL S. HINDI, ESQ.** | **GRAZIELLA MICHELLE PASTOR, ESQ.** |
| Florida Bar No.: 118259 | Jones Day |
| E-mail:jibrael@jibraellaw.com | 495 Brickell Ave |
| **THOMAS J. PATTI, ESQ.** | Apt. 2111 |
| Florida Bar No.: 118377 | Miami, FL 33131 |
| E-mail:tom@jibraellaw.com | Phone: 786-493-2958 |
| The Law Offices of Jibrael S. Hindi | Email: gpastor@jonesday.com |
| 110 SE 6th Street, Suite 1744 | Florida Bar No.: 1033024 |
| Fort Lauderdale, Florida 33301 | Phone: 305-714-9815 |
| Phone: 954-907-1136 | |
| Fax:    855-529-9540 | |
| | |
| *COUNSEL FOR PLAINTIFF* | *COUNSEL FOR DEFENSE* |